IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**GENEVIEVE RAMIREZ,**

    **Petitioner,**

**vs.**                                                       **CASE NO. 5:04CV263-SPM/AK**

**WARDEN VAN BUREN,**

    **Respondent.**

_____/

## REPORT AND RECOMMENDATION

Petitioner, an inmate proceeding *pro se*, has filed an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Doc. 6.  She has paid the filing fee.  In her amended petition, Petitioner maintains that the Bureau of Prisons has violated her due process rights in calculating her good time credits based on its interpretation of the relevant statute.  At the time Petitioner filed the original petition, she was incarcerated at FCI Marianna, Florida, which is located in this district.  At some point later, she was transferred to FMC Carlswell, Forth Worth, Texas, which is located in the Northern District of Texas.  As of this date, she remains incarcerated in that facility.

In its latest pronouncement, the United States Supreme Court found that "in habeas challenges to present physical confinement–'core challenges'–the default rule is that the proper respondent is the warden of the facility where the prisoner is being held...."  *Rumsfeld v. Padilla*, ____ U.S. ____, 124 S.Ct. 2711, 2718, 159 L.Ed. 2d 513

(2004).  Furthermore, the "plain language of the habeas statute...confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement."  *Padilla*, 124 S.Ct. at 2722.  *See also* 28 U.S.C. § § 2242 & 2243.  Petitioner apparently appreciated the *Padilla* ruling and named the warden of FMC Carlswell as the proper respondent when she amended her petition, and it is at that facility that Petitioner began the exhaustion of her administrative remedies.  *See* Doc. 6 at 3 & Attachment 1.

Because Petitioner is not incarcerated in this district, the Court is without jurisdiction to proceed under *Padilla*, and transfer to the appropriate forum for further proceedings is required. In light of the foregoing, it is respectfully **RECOMMENDED** that this cause be **TRANSFERRED** to the United States District Court for the Northern District of Texas.

**IN CHAMBERS** at Gainesville, Florida, this  **29**$^{th}$  Day of March, 2005.

s/ A. KORNBLUM
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

**No. 5:04cv263-mmp/ak**