IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GENEVIEVE RAMIREZ,

    Petitioner,

vs.                                                  CASE NO.  5:04cv263-SPM/AK

WARDEN VAN BUREN,

    Respondent.
_____/

## **ORDER**

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated March 29, 2005 (doc. 9).  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 9) is ADOPTED and incorporated by reference in this order.

2.    This case is transferred to the United States District Court for the

Northern District of Texas.

DONE AND ORDERED this 6th day of July, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge